IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS APPRENTICESHIP
& TRAINING FUND, WISCONSIN LABORERS
DRUG FUND, WISCONSIN LABORERS LABOR
MANAGEMENT COOPERATION TRUST FUND,
WISCONSIN LABORERS INDUSTRY
ADVANCEMENT PROGRAM FUND, WISCONSIN
LABORERS-EMPLOYERS COOPERATION AND
EDUCATION TRUST FUND, WISCONSIN
LABORERS DISTRICT COUNCIL, and                     Case No.: 13-cv-397
JOHN J. SCHMITT (in his capacity as Trustee),

          Plaintiffs,

v.

G.M.S. EXCAVATORS, INC. and
MICHAEL D. SHUMAKER,

          Defendant.

---

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Michael D. Shumaker, has failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Michael D. Shumaker pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 30th day of August, 2013.

                                                              PETER OPPENEER, Clerk of Court